# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff(s),<br><br>vs.<br><br>ANTWAN FORTENBERRY,<br><br>                Defendant(s). | Case No. 2:14-cr-00387-JAD-NJK<br><br>ORDER<br><br>(Docket No. 53) |

Pending before the Court is Defendant's motion to continue the evidentiary hearing set for April 23, 2015. Docket No. 53. The ends of justice served by granting a continuance of the evidentiary hearing presently scheduled for April 23, 2015, outweigh the best interest of the public and the defendant in a speedy trial. The continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), when considering the facts under 18 U.S.C. §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv). Accordingly, Defendant's motion to continue is GRANTED and the hearing is continued to May 6, 2015, at 1:30 p.m. in Courtroom 3D.

    IT IS SO ORDERED.

    DATED: April 22, 2015

                                                        _____
                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge