# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Antwan Fortenberry,

    Defendant

2:14-cr-0387-JAD-NJK

**Order Denying Pending Motions**

[ECF Nos. 142, 148, 149]

On March 16, 2017, Fortenberry filed a notice of appeal. He then filed two motions for leave to proceed *in forma pauperis* and a motion for appointment of counsel on appeal. Fortenberry has now paid the filing fee,[1] so his requests for IFP status are moot, and this court lost jurisdiction to entertain his request for IFP status and appointment of counsel when Fortenberry filed the notice of appeal.[2] Fortenberry's request for counsel should be directed to the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that Fortenberry's motions for leave to proceed *in forma pauperis* **[ECF Nos. 142, 149]** are DENIED as moot, and his motion for appointment of counsel **[ECF No. 148]** is DENIED without prejudice to his ability to seek this relief from the Circuit Court.

Dated April 12, 2017.

                                                 _____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 146.

[2] *See* Special Order No. 86 ("At the time the notice of appeal is filed, the district court loses jurisdiction to enter orders appointing, substituting or allowing the withdrawal of counsel"); Circuit Rule 4-1.