# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

        Plaintiff,

v.

Antwan Fortenberry

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cr-00387-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying motion to vacate sentence (2255) and denying motion for appointment of counsel.

10/15/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk