# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

Antwan Fortenberry

Defendant.

JUDGMENT

Case Number: 2:14-cr-00387-JAD-NJK

(Related case: 2:18-cv-01656-JAD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying motion to vacate sentence and denying certificate of appealability.

July 19, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk